UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BRIAN AVERY ETHERIDGE,        )<br>                                                         )<br>           Plaintiff,                        )<br>                                                         )<br>    v.                                              )<br>                                                         )<br> NANCY A. BERRYHILL, Acting Commissioner )<br> of Social Security,                      )<br>           Defendant.                     ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:17-CV-185-BO** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion for judgment on the pleadings [DE 19] is GRANTED and defendant's motion for judgment on the pleadings [DE 21] is DENIED. The decision is REMANDED to the Commissioner for further proceedings.

**This Judgment Filed and Entered on August 31, 2018, and Copies To:**
Michael Gray Gillespie             (via CM/ECF electronic notification)
James B. Gillespie, Jr.              (via CM/ECF electronic notification)
Gabriel R. Deadwyler               (via CM/ECF electronic notification)
Lisa M. Rayo                            (via CM/ECF electronic notification)

DATE:                                         PETER A. MOORE, JR., CLERK
August 31, 2018                         (By) /s/ Nicole Sellers
                                                    Deputy Clerk